To who this may concern I need help please, me and my family have bounty's on our heads because I stole from somebody with power. Let me start by saying I am not crazy and me and my family need to be put in witness protection please. I have artificial Intelligence stuff in my body that I can't explain what it is. I feel it in my spine. I also have something like a neuralink in my head that I have no idea how it got there... Please take what I'm saying serious and send help right away because my life is depending on it. Every second counts. Please don't think I'm crazy because that's what's ever in my body wants me to make people think but I'm far from crazy and just needs professional help. I need a federal sea section to get this stuff out my body before I die please... And I need a doctor to get this link out the back of my head please send help... If I die please know those are the reasons... I'm not suicidal but what's in my body can make me do it to myself while I'm sleep so please send help please this is a serious matter!

Please send somebody to speak to me before its to late please come save my life.

Cedrick Brown #1277623
2830 S. Hulen St. Box #69
Fort Worth, TX 76109

ABILENE TX 796
10 SEP 2024 PM 2 L

RECEIVED
SEP 12 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

US District Court Clerk
341 Pine St #2008
Abilene, TX 79601

TAYLOR COUNTY
INMATE CORRESPONDENCE

X-RAY

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019