UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CENDRICK BROWN,
Institutional ID No. 128623

    Plaintiff,

v.                  No. 1:24-CV-00152-H

TAYLOR COUNTY JAIL,

    Defendants.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated March 13, 2025.

_____
JAMES WESLEY HENDRIX
United States District Judge